Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

_____ Division

Jeffrey Simpson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

New York State Unified Court System, Judge Joel M. Cohen - NYS Supreme Court, Commercial Division, Allen Schwartz, Seddio & Associates, Frank Seddio, Seddio & Assoicates

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jeffrey Simpson |
   | Address | 1055 Park Avenue, Unit 4 |
   | | New York, NY 10028 |
   | | *City   State   Zip Code* |
   | County | New York |
   | Telephone Number | 646-753-2872 |
   | E-Mail Address | jsimpson001@icloud.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | NYS Unified Court System |
   | Job or Title *(if known)* | |
   | Address | 60 Centre Street |
   | | New York, NY 10036 |
   | | *City   State   Zip Code* |
   | County | New York |
   | Telephone Number | 6463865939 |
   | E-Mail Address *(if known)* | nycc-business@nycourts.gov |

   ☐ Individual capacity   ☑ Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | Judge Joel M. Cohen |
   | Job or Title *(if known)* | NYS Commercial Part Supreme Court Judge |
   | Address | 60 Centre Street |
   | | New York, NY 10036 |
   | | *City   State   Zip Code* |
   | County | New York |
   | Telephone Number | 6463864927 |
   | E-Mail Address *(if known)* | jmcohen@nycourts.gov |

   ☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**
- Name: Allen Schwartz
- Job or Title *(if known)*:
- Address: 9306 Flatlands Avenue
  - City: Brooklyn
  - State: NY
  - Zip Code: 11236
- County: Kings
- Telephone Number: 7738088972
- E-Mail Address *(if known)*: allen@allenschwartzlaw.com

[✓] Individual capacity   [ ] Official capacity

**Defendant No. 4**
- Name: Frank Seddio
- Job or Title *(if known)*:
- Address: 9306 Flatlands Avenue
  - City: Brooklyn
  - State: NY
  - Zip Code: 11236
- County: Kings
- Telephone Number: 718-272-6040
- E-Mail Address *(if known)*: seddiolaw@gmail.com

[✓] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I am being attacked by NYS Judge Cohen in actions, alongside the opposition's counsel, Allen Scwhartz.  He is affiliated with Frank Seddio, chairman of the NYS / NYC Judge nomination committee. Cohen is up for nomination this June 2026. Cohen has allowed Schwartz to bring improper criminal charges against me, without counsel, 5th and 6th amendment right. They have stolen my property under the 14th amendment.  They have attempted to strip my 1st amendment rights to of speech.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The judge has prejudiced me by my personality, not by commercial contract. He has granted rights to thieves and villians without merit because of his expressed dislike of me. Schwartz makes the actions, he grants them. He stripped me of my right to file a Bankruptcy, again not constitutional. Schwartz and Seddio (behind the scenes) create pressure for the judge to do their "ask" regardless if it has merit. Nothing that has occured is lawful or makes any sense. 158055-2023 says it all.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

NYS Court. Cohen knew that the 3rd party, canadian investor Oak was funding Chassen, he allowed actions to attack me in two courts at the same time (SDNY action). I was bullied and damaged, where he witnessed theft, perjury, and collusion and did not pursue his obligations to report to the criminal justice folks. He participated in allowing insurance fraud to occur to create a circumstance where I have no legal defense. Schwartz makes the motions, Cohen agrees to almost anything.

B. What date and approximate time did the events giving rise to your claim(s) occur?

2.5 years of attacks on my character, my company, my brand, and business. The opposition committed theft to take control of my busniess AREH. Cohen ingnored these horrendous acts and allows it to keep going to attack all of my rights. Schwartz press forward here but says nothing in Federal Court even though his client committed perjury in both Courts, including Bankruptcy fraud. Cohen ignores all to my detriment. He is biased and refuses to allow justice or recuse himself.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The NYS action says it all, 158055-2023. This horrific situation is unheard of by any lawyer or other parties. There is no law or order. The contracts are meaningless. The corrupt judge cannot be stopped. The NYS Judicial system does not respond to inquiries about his actions. I have reported to the incidents to the FBI, DOJ, NYPD, NYS Police, NY AG, NYS DA, etc. The merits of my case are ignored. These actions allowed a NY based partner, with no rights, and a Canadian partner, with no rights to join forces, (through a collusive agreement called a Joint Defense Agreement), to oust me out out of my business illegally because i would not commit fraud that would impact over $150M of individual investors. The Court overlooks all that is contractual, lawful, and simply chastises me and the judge does not like me. This impacts the review of how SDNY and SDNY BK judges prejudice the situation. The police struggle to act because of the Civil issues ongoing so it allows for no enforcement of law. Notwithstanding, there are many other cases with a similar (no makes sense concept, in NYS) where the Seddio influence has impact on the judges to protect their tenure. My former employees and investors are aware, all scared to speak up.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.   **Injuries**

    If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

    I have only been harmed emotionally because they have ruined my career, reputation, and existence.  When there is no law or order, no defense available (they stripped that of me), I am fully exposed.
    I was harmed by a police officer out of frustration just this past week.  That was in Suffolk county and that is a separate action but it is directly related to the built up frustration that this conundrum of events has caused.

V.   **Relief**

    State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

    There has been no due process, no witness testimony, contracts changed and the like.  I do not have freedom from attacks, which occur on a daily basis.  They have stripped my rights, my financial abilities to defend myself, and my reputation for any counsel wanting to help.
    The relief would be to review the entire set of events that occured in the last 2 years, put a "stay" on all actions pending investigation.  I have sought this help from law enforcement and it is possible that the NYPD Fraud unit may start reviewing the cirucumstances in short order.  A DOJ investigation of the judge, how the NYS Court allowed the Judge to break all of the rules, how Seddio and Schwartz influenced the judge should speak to the circumstances at large.
    This action does not deal with the criminals, Chassen and Wiener because that is not covered under this section of the law but that will follow suit once the lack of law, court and order is addressed.  I have not done anything wrong, i have been ruined, stripped of everything, all because of these actions which are dumbfounding to any third party person who reviews the facts.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/03/2026

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Jeffrey Simpson

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

City    State    Zip Code

Telephone Number:
E-mail Address: