UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY SIMPSON,

                        Plaintiff,

        -against-                                        26cv110 (LTS)

NEW YORK STATE UNIFIED COURT                            CIVIL JUDGMENT
SYSTEM, ET AL.,

                        Defendants.

        For the reasons stated in the February 11, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge

v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith

when he seeks review of a nonfrivolous issue).


SO ORDERED.

  Dated:   February 17, 2026
            New York, New York


                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge